**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:24-cr-549-JLB-AEP

ARTHUR HUGH CASEY

_________________________________/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on July 2, 2026 (Doc. 63). In the Report and Recommendation, Magistrate Judge Anthony E. Porcelli recommends that: 1. The Court find the Defendant to be presently suffering from a mental disease or defect rendering him incompetent to stand trial under 18 U.S.C. § 4241 because he is unable to understand the proceedings against him and to aide counsel in his defense; 2. The Court further find there is not a substantial probability in the foreseeable future that the Defendant will attain the capacity to permit the proceedings to go forward; and 3. The Court direct the United States to notify the Court within ten (10) days upon entry of the Court's order on the Defendant's competency to file a notice with the Court on whether it will seek to dismiss this case, or institute proceedings under Title 18, United States Code, Section 4246.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 63) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Court finds the Defendant to be presently suffering from a mental disease or defect rendering him incompetent to stand trial under 18 U.S.C. § 4241 because he is unable to understand the proceedings against him and to aide counsel in his defense.

(3) The Court further finds there is not a substantial probability in the foreseeable future that the Defendant will attain the capacity to permit the proceedings to go forward.

(4) The Court directs the United States to notify the Court within ten (10) days upon entry of the Court's order on the Defendant's competency to file a notice with the Court on whether it will seek to dismiss this case, or institute proceedings under Title 18, United States Code, Section 4246.

**DONE AND ORDERED** at Tampa, Florida on July 29, 2026.

John L. Badalamenti

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services